UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ESTER KELEN, individually and on behalf of
all others similarly situated,

Plaintiffs,

-v-

NORSTROM, INC. and NORDSTROM FSB
d/b/a NORDSTROM BANK,

Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12|19|16

16 **CIVIL** 1617 (PAE)

**JUDGMENT**

Nordstrom, Inc. and Nordstrom FSB d/b/a Nordstrom Bank (collectively, "Nordstrom")

having moved to dismiss the Second Amended Complaint ("SAC") pursuant to Fed. R. Civ. P.

12(b)(1), for lack of subject matter jurisdiction, and under Rule 12(b)(6), for failure to state a claim,

and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge,

and the Court, on December 16, 2016, having rendered its Opinion & Order granting Nordstrom's

motion to dismiss for lack of standing; and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion & Order dated December 16, 2016, Nordstrom's motion to dismiss for lack of

standing is granted; accordingly, the case is closed.

**Dated:** New York, New York
December 19, 2016

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:

_____
**Deputy Clerk**